# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR274** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DENNIS HUBBARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's oral motion for transportation. The Defendant is indigent and requests reimbursement from Omaha, Nebraska, to Chadron, Nebraska following his change of plea hearing on December 14, 2006.

IT IS ORDERED:

1. The Defendant's oral motion for transportation is granted;

2. The U.S. Marshal shall reimburse the Defendant for mileage at the current government rate for travel on December 14, 2006, from Omaha, Nebraska to Chadron, Nebraska; and

3. The Clerk shall immediately provide a certified copy of this Order to the U.S. Marshal.

DATED this 14th day of December, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge