IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR274 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DENNIS HUBBARD, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's oral motion for transportation. The Defendant is indigent and requests reimbursement from Omaha, Nebraska, to Chadron, Nebraska following his sentencing hearing on March 5, 2007.

IT IS ORDERED:

1. The Defendant's oral motion for transportation is granted;

2. The U.S. Marshal shall reimburse the Defendant for mileage at the current government rate for travel on March 5, 2007, from Omaha, Nebraska to Chadron, Nebraska; and

3. The Clerk shall immediately provide a certified copy of this Order to the U.S. Marshal.

DATED this 5th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge