## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR274 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AMENDED ORDER |
| | ) | |
| DENNIS HUBBARD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's oral motion for transportation and subsistence.  The Defendant is indigent and requests reimbursement for mileage from Chadron, Nebraska to Omaha, Nebraska, and Omaha, Nebraska to Chadron, Nebraska, in addition to subsistence for his sentencing hearing scheduled for March 5, 2007.

The motion will be granted.  The Marshal shall provide the Defendant with reimbursement for mileage at the current government rate and subsistence pursuant to 18 U.S.C. § 4285, not to exceed the applicable per diem.

IT IS ORDERED that the Defendant's oral motion for transportation and subsistence is granted as follows:

1. the U.S. Marshal shall reimburse the Defendant for mileage at the current government rate for travel from Chadron, Nebraska to Omaha, Nebraska, and Omaha, Nebraska to Chadron, Nebraska, for purposes of the Defendant's sentencing hearing scheduled for March 5, 2007;

2. the Marshal shall furnish the Defendant with money for subsistence expenses pursuant to 18 U.S.C. § 4285, not to exceed the applicable per diem; and

3.      The Clerk shall immediately provide a certified copy of this Order to the U.S.

Marshal.

DATED this 5th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge